IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN COARY,<br>*Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| ST. JOSEPH'S UNIVERSITY,<br>*Defendant* | : | No. 21-1961 |

## ORDER

AND NOW, this 28th day of July, 2021, upon consideration of Defendant's Motion to Dismiss "Time-Barred Portions of Plaintiff's Complaint" (Doc. No. 6), and Plaintiff's Response in Opposition (Doc. No. 8), it is **ORDERED** that the Motion (Doc. No. 6) is **DENIED**.

The Clerk of Court shall amend the caption, complaint, and docket in the above-captioned matter to reflect that the proper name of Defendant is Saint Joseph's University, not St. Joseph's University.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1